IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSIN AHMMED,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA N.A. ET AL,<br><br>    Defendants. | No. C 12-00789 JSW<br><br>**ORDER RE EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |

On February 17, 2012, Defendants removed this matter from San Francisco Superior Court. On February 24, 2012, Defendants moved to dismiss Plaintiff's complaint. On March 9, 2012, Plaintiff declined to proceed before a magistrate judge and this matter was transferred to the undersigned. Plaintiff, whose opposition was due to be filed on March 9, 2012, also filed a motion for extension of time to respond to the pending motion to dismiss.

The Court, having reviewed the motion and Defendants' opposition, HEREBY GRANTS the motion for an extension of time, as modified. Plaintiff shall have until April 6, 2012 to file his opposition. Defendants shall have until April 20, 2012 to file their reply, if any. The hearing on the motion to dismiss shall be set for May 4, 2012 at 9:00 a.m., unless vacated by further Court order.

**IT IS SO ORDERED.**

Dated: March 13, 2012

                                              JEFFREY S. WHITE<br>
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AHMMED et al,

        Plaintiff,

  v.

BANK OF AMERICA N.A. et al,

        Defendant.

Case Number: CV12-00789 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohsin Ahmmed
425 1st St., Unit 2104
San Francisco, CA 94105

Dated: March 13, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk