1  QUALITY LOAN SERVICE CORPORATION
   Julie O. Molteni (SBN: 265133)
2  Renee DeGolier (SBN: 262999)
   Corporate Counsel
3  2141 5th Avenue
   San Diego, CA 92101
4  Telephone:     (619) 645-7711 x 2019
    Facsimile:     (619) 568-3518
5
   Corporate Counsel for Defendant,
6  Quality Loan Service Corporation

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
11 | MOHSIN AHMMED, an Individual    | Case No. 3:12-cv-00789-JSW
   |                                  |
12 |                      Plaintiff,  | [PROPOSED] ORDER GRANTING
   |                                  | QUALITY'S NONMONETARY
   | v.                               | STATUS
13 |                                  |
14 | BANK OF AMERICA N.A.; QUALITY    |
   | LOAN SERVICE CORP. AND DOES      |
15 | 1-25, INCLUSIVE,                 |
   |                                  |
16 |                     Defendants.  |

    It is hereby ORDERED pursuant to Cal. Civ. Code § 2924 that the
17
   Declaration of Nonmonetary Status of Quality Loan Service Corporation is valid,
18
   that Plaintiff's late-filed Objection to the Declaration of Nonmonetary Status is
19
   invalid, and that Quality Loan Service Corporation is excused from further
20
   participation in this action.
21
                                              /s/ Jeffrey S. White
22 DATE:  May 11, 2012                        _____
                                              Judge of the United States District
23                                            Court for the Northern District of
24                                            California

25
26
27
28
                                      1
                              PROOF OF SERVICE

CA12-543