UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2012 MAY 18 A 9:14
RICHARD W. WIEKING

Case No. 3:12-CV-0789-JSW

MOHSIN AHMMED, an Individual

    Plaintiff,

vs.

BANK OF AMERICA N. A., QUALITY LOAN SERVICE CORP. AND DOES 1-25, INCLUSIVE

    Defendant(s).

~~(PROPOSED)~~ ORDER GRANTING REQUEST TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

JUDGE: HON. JEFFREY S. WHITE

COMPLAINT FILED: JAN 18, 2012
TRIAL DATE: TBD

The request of Plaintiff for an order granting to reschedule Case Management Conference and Requiring Joint Case Management Conference Statement came on regularly, before The Honorable Judge JEFFREY S. WHITE, in Courtroom 11, on 19th floor of the above-entitled Court.

Court determined Plaintiff's request for an order to reschedule Case Management Conference and Requiring Joint Case Management Conference Statement is based on good causes.

IT IS ORDERED THAT the request of plaintiff Mohsin Ahmmed to reschedule Case Management Conference and Requiring Joint Case Management Conference Statement is granted, and the Case Management Conference shall be held on ~~June 30, 2012~~ July 27, 2012, at 1:30 p.m. in Courtroom 11, 19th floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Date: May 22, 2012

                                             *Jeffrey S. White*
                               The Honorable Judge JEFFREY S. WHITE
                               United States District Court

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AHMMED et al,

        Plaintiff,

v.

BANK OF AMERICA N.A. et al,

        Defendant.

Case Number: CV12-00789 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohsin Ahmmed
425 1st St., Unit 2104
San Francisco, CA 94105

Dated: May 22, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk