United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHSIN AHMMED,

    Plaintiff,

v.

BANK OF AMERICA N.A. ET AL,

    Defendants.

No. C 12-00789 JSW

**ORDER VACATING HEARING ON MOTION TO REMAND AND MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to remand and motion to dismiss which have been noticed for hearing on Friday, June 1, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 25, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMMED et al, | Case Number: CV12-00789 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BANK OF AMERICA N.A. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohsin Ahmmed
425 1st St., Unit 2104
San Francisco, CA 94105

Dated: May 25, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2